**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

```
-------------------------------------------------------------------------x
```
ALIZAIN YASIN

                        Plaintiff,

CIVIL ACTION NO. 4:15CV848
JUDGE MAZZANT

    -v.-

ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.

                        Defendant.
```
-------------------------------------------------------------------------x
```

## **ORDER**

In accordance with the Joint Stipulation of Dismissal filed on June 10, 2016 (Dkt. #9), this action is dismissed with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 1st day of July, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE